FILED IN CHAMBERS
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SEP - 9 2020

James N. Hatten, Clerk
By:
Deputy Clerk:

UNITED STATES OF AMERICA

*v.*

ZHENGUO LIU A/K/A
"LEO LIU" A/K/A
"JERRY LIU"

Criminal Indictment

No. **1 : 2 0 · C R 3 4 5**

THE GRAND JURY CHARGES THAT:

## Count One
## Interstate Transport of Stolen Property
## (18 U.S.C. § 2314)

1. On a date unknown, but at least by in or about January 2018, in the Northern District of Georgia, the defendant, ZHENGUO LIU, a/k/a "Leo Liu," a/k/a "Jerry Liu," aided and abetted by others unknown to the Grand Jury, did unlawfully transport, transmit, transfer, and cause to be transported, transmitted, and transferred in interstate commerce from New Jersey to Georgia, stolen goods, wares and merchandise, that is, confidential and proprietary information belonging to Victim-1 stored on a hard drive, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314 and Section 2.

## Count Two
## Possession of Stolen Property
## (18 U.S.C. § 2315)

2. On or about May 17, 2018, in the Northern District of Georgia, the defendant, ZHENGUO LIU, a/k/a "Leo Liu," a/k/a "Jerry Liu," aided and abetted by others unknown to the Grand Jury, did receive, possess, conceal, store, barter, sell, and dispose of certain stolen goods, wares, and merchandise, that is, confidential and proprietary information belonging to Victim-1 stored on a hard drive, of a value of $5,000 or more which had crossed a State boundary after being stolen, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2315 and Section 2.

## Count Three
## Theft of Trade Secrets
## (18 U.S.C. § 1832)

3. On or about May 17, 2018, in the Northern District of Georgia, the defendant, ZHENGUO LIU, a/k/a "Leo Liu," a/k/a "Jerry Liu," aided and abetted by others unknown to the Grand Jury, with the intent to convert a trade secret that is related to a product and service used in and intended for use in interstate and foreign commerce, specifically, a computer file entitled "IMG_0204.jpg" containing a confidential compounding formulation belonging to Victim-1, to the economic benefit of persons other than the trade secret's owner, and knowing and intending

2

that the offense will injure any owner of that trade secret, knowingly attempted to and did receive, buy, and possess such information, knowing the same to have been stolen and appropriated, obtained, and converted without authorization, in violation of Title 18, United States Code, Sections 1832(a)(3) and (a)(4) and Section 2.

## Count Four
### Theft of Trade Secrets
### (18 U.S.C. § 1832)

4. On or about May 17, 2018, in the Northern District of Georgia, the defendant, ZHENGUO LIU, a/k/a "Leo Liu," a/k/a "Jerry Liu," aided and abetted by others unknown to the Grand Jury, with the intent to convert a trade secret that is related to a product and service used in and intended for use in interstate and foreign commerce, specifically, a computer file entitled "screw for LSR201707184 201707186.pdf" containing a confidential screw design schematic belonging to Victim-1, to the economic benefit of persons other than the trade secret's owner, and knowing and intending that the offense will injure any owner of that trade secret, knowingly attempted to and did receive, buy, and possess such information, knowing the same to have been stolen and appropriated, obtained, and converted without authorization, in violation of Title 18, United States Code, Sections 1832(a)(3) and (a)(4) and Section 2.

3

**Count Five**
**Theft of Trade Secrets**
**(18 U.S.C. § 1832)**

5. On or about May 17, 2018, in the Northern District of Georgia, the defendant, ZHENGUO LIU, a/k/a "Leo Liu," a/k/a "Jerry Liu," aided and abetted by others unknown to the Grand Jury, with the intent to convert a trade secret that is related to a product and service used in and intended for use in interstate and foreign commerce, specifically, a computer file entitled "L001.pdf" describing a lubricating and nucleating agent used by Victim-1, to the economic benefit of persons other than the trade secret's owner, and knowing and intending that the offense will injure any owner of that trade secret, knowingly attempted to and did receive, buy, and possess such information, knowing the same to have been stolen and appropriated, obtained, and converted without authorization, in violation of Title 18, United States Code, Sections 1832(a)(3) and (a)(4) and Section 2.

**Counts Six through Eight**
**Theft of Trade Secrets**
**(18 U.S.C. § 1832)**

6. On the dates listed in the table below, in the Northern District of Georgia, the defendant, ZHENGUO LIU, a/k/a "Leo Liu," a/k/a "Jerry Liu," aided and abetted by others unknown to the Grand Jury, with the intent to convert a trade secret that is related to a product and service used

4

in and intended for use in interstate and foreign commerce, specifically,
formulations and approved raw material sources belonging to Victim-2, to
the economic benefit of persons other than the trade secret's owner, and
knowing and intending that the offense will injure any owner of that trade
secret, knowingly attempted to and did steal, and without authorization
appropriate, take, carry away, and conceal, and by fraud, artifice, and
deception obtain such information:

| Count | Date |
|-------|------|
| 6 | February 27, 2018 |
| 7 | March 9, 2018 |
| 8 | March 12, 2018 |

All in violation of Title 18, United States Code, Sections 1832(a)(1) and
(a)(4) and Section 2.

**Forfeiture**

7. Upon conviction for the offenses alleged in Counts One and Two of
this Indictment, the defendant, ZHENGUO LIU, a/k/a "Leo Liu," a/k/a
"Jerry Liu," shall forfeit to the United States, under Title 18, United States
Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461,
all property, real and personal, which constitutes or is derived from
proceeds traceable to such offenses.

5

8. Upon conviction for the offenses alleged in Counts Three through Eight of this Indictment, the defendant, ZHENGUO LIU, a/k/a "Leo Liu," a/k/a "Jerry Liu," shall forfeit to the United States, under Title 18, United States Code, Sections 1834 and 2323(b), any and all property that was used or intended to be used to commit or to facilitate the commission of such violation, as well as any and all property constituting, or derived from, proceeds obtained directly or indirectly as a result of said violation.

9. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, ZHENGUO LIU, a/k/a "Leo Liu," a/k/a "Jerry Liu":

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, under Title 21, United States Code,

6

Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A _____ TRUE _____ BILL

FOREPERSON

BYUNG J. PAK
*United States Attorney*


/s/ Samir Kaushal
SAMIR KAUSHAL
*Assistant United States Attorney*
Georgia Bar No. 935285

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

7