U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R00447)

FILED IN CHAMBERS
U.S.D.C. - Atlanta
SEP - 9 2020
By: James N. Hatten, Clerk
Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.** 1:20-CR345
UNDER SEAL
**MAGISTRATE CASE NO.** 1:18-MJ-1061

| | | |
|---|---|---|
| X Indictment | Information | X Magistrate's Complaint |
| DATE: September 8, 2020 | DATE: | DATE: October 30, 2018 |

**UNITED STATES OF AMERICA**
vs.
ZHENGUO LIU, A/K/A LEO LIU, A/K/A JERRY LIU

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

**GREATER OFFENSE CHARGED:** X Felony   Misdemeanor

### Defendant Information:

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   Yes   X No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No

**Will the defendant require an interpreter?**   Yes   X No

District Judge:
Magistrate Judge:

Attorney: Samir Kaushal
Defense Attorney:

# CRIMINAL CHARGES FILED

**Today's Date:** September 4, 2020
**USAO #:** 2018R00447
**Caption:** US vs. Zhenguo Liu
**Court Number:** 1:20-CR345

**Date Charges Filed:** September 8, 2020

**Under Seal?** Yes
**PSN Case:** No

**Charge Type:** Indictment
**District/Magistrate Judge:**

Felony

## Defendant Information:

**Zhenguo Liu**

| Charge: | Count: |
|---|---|
| 18§2314 and section 2 | 1 |
| Charge: | Count: |
| 18§2315 and section 2 | 2 |
| Charge: | Count: |
| 18§1832(a)(3) and (a)(4) and section 2 | 3-5 |
| Charge: | Count: |
| 18§1832(a)(1) and (a)(4) and section 2 | 6-8 |

## Victim Information:

**Does this matter have victims?** Yes
**Are there organizational victims?** No
**Prepared By:** Lynn Mitchell
**Attorney:** Samir Kaushal, Assistant U.S. Attorney

[IF OCDETF Case= Yes Then
REMINDER: *Forward copy of indictment and this form to OCDETF Assistant*